# EXHIBIT B

## CASE JACKET

User:

**Docket Number:** MER L 001546 - 23

[Back]  [Create Summary Report]

**Case Caption:** Longmeadow One Solar Llc Vs Changzhou Trina Sol
**Court:** Civil Part
**Case Type:** Contract/Commercial Transaction
**Case Track:** 2
**# of Discovery Days:** 300
**Original Discovery End Date:**
**Original Arbitration Date:**
**Original Trial Date:**
**Disposition Date:**

**Venue:** Mercer
**Case Status:** Active
**Judge:** R Brian Mclaughlin
**Age of Case:** 00 YR 07 MO
**Current Discovery End Date:**
**Current Arbitration Date:**
**Current Trial Date:**
**Case Disposition:** Open

**Case Initiation Date:** 08/11/2023
**Jury Demand:** None
**Team:** 8
**Consolidated Case:** N
**# of DED Extensions:** 0
**# of Arb Adjournments:** 0
**# of Trial Date Adjournments:** 0
**Statewide Lien:**

**Plaintiffs (5)** | Defendants (2) | ACMS Documents (6) | Fees (6)

- Longmeadow One Solarllc    (Party No. 1)
- Longmeadow Two Solarllc    (Party No. 2)
- Bway Plymouth Solarllc     (Party No. 3)
- Bway Dy Hs Solar Llc       (Party No. 4)
- Self Storage Solar 22 Llc  (Party No. 5)

### Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 08/11/2023 | 📎 ✉ | Complaint for MER-L-001546-23 submitted by GAUNCE, NICHOLAS MORGAN, ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of LONGMEADOW ONE SOLARLLC, LONGMEADOW TWO SOLAR LLC, BWAY PLYMOUTH SOLAR LLC, BWAY DY HS SOLAR LLC, SELF STORAGE SOLAR 22 LLC against CHANGZHOU TRINA SOLAR ENERGY, TRINA SOLAR (U.S.) INC. | LCV20232320604 | 08/11/2023 |
| 08/12/2023 | 📎 ✉ | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20232328533 | 08/12/2023 |
| 12/23/2023 | 📎 ✉ | LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV20233704958 | 12/23/2023 |
| 02/14/2024 | 📎 ✉ | AMENDED COMPLAINT submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of LONGMEADOW ONE SOLARLLC, LONGMEADOW TWO SOLARLLC, BWAY PLYMOUTH SOLAR LLC, BWAY DY HS SOLAR LLC, SELF STORAGE SOLAR 22 LLC against CHANGZHOU TRINA SOLAR ENERGY, TRINA SOLAR (U.S.) INC. | LCV2024398185 | 02/14/2024 |
| 02/15/2024 | 📎 ✉ | AFFIDAVIT OF SERVICE submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of LONGMEADOW ONE SOLARLLC, LONGMEADOW TWO SOLARLLC, BWAY PLYMOUTH SOLAR LLC, BWAY DY HS SOLAR LLC, SELF STORAGE SOLAR 22 LLC against CHANGZHOU TRINA SOLAR ENERGY, TRINA SOLAR (U.S.) INC. | LCV2024413013 | 02/15/2024 |
| 02/15/2024 | 📎 ✉ | AFFIDAVIT OF SERVICE submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of LONGMEADOW ONE SOLARLLC, LONGMEADOW TWO SOLARLLC, BWAY PLYMOUTH SOLAR LLC, BWAY DY HS SOLAR LLC, SELF STORAGE SOLAR 22 LLC against CHANGZHOU TRINA SOLAR ENERGY, TRINA SOLAR (U.S.) INC. | LCV2024413045 | 02/15/2024 |
| 02/22/2024 | 📎 ✉ | AFFIDAVIT OF SERVICE submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of LONGMEADOW ONE SOLARLLC, LONGMEADOW TWO SOLARLLC, BWAY PLYMOUTH SOLAR LLC, BWAY DY HS SOLAR LLC, SELF STORAGE SOLAR 22 LLC against CHANGZHOU TRINA SOLAR ENERGY, TRINA SOLAR (U.S.) INC. | LCV2024463242 | 02/22/2024 |
| 02/23/2024 | 📎 ✉ | AFFIDAVIT OF SERVICE submitted by GAUNCE, NICHOLAS, MORGAN of ECKERT SEAMANS CHERIN & MELLOTT LLC on behalf of LONGMEADOW ONE SOLARLLC, LONGMEADOW TWO SOLARLLC, BWAY PLYMOUTH SOLAR LLC, BWAY DY HS SOLAR LLC, SELF STORAGE SOLAR 22 LLC against CHANGZHOU TRINA SOLAR ENERGY, TRINA SOLAR (U.S.) INC. | LCV2024480456 | 02/23/2024 |
| 02/24/2024 | 📎 ✉ | LACK OF PROSECUTION DISMISSAL ORDER Notice submitted by Case Management | LCV2024490436 | 02/24/2024 |

Showing 1 to 9 of 9 entries