# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# (TRENTON VICINAGE)

| | |
|---|---|
| **LONGMEADOW ONE SOLAR LLC, LONGMEADOW TWO SOLAR LLC, BWAY PLYMOUTH SOLAR LLC, BWAY DY HS SOLAR LLC, and SELF STORAGE SOLAR 22 LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**TRINA SOLAR CO., LTD. f/k/a CHANGZHOU TRINA SOLAR ENERGY CO., LTD. and TRINA SOLAR (U.S.), INC.,**<br><br>Defendants. | Civil Action No:<br><br>**DECLARATION OF MICHAEL NELSON IN SUPPORT OF NOTICE OF REMOVAL** |

I, Michael Nelson, being duly sworn, state the following:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Head of Legal (Americas) for Defendant Trina Solar (U.S.), Inc. ("Trina U.S.").

3. I have been employed by Trina U.S. since November 2013 and have been Head of Legal (Americas) since July 2014. Based on my employment, I have an understanding of Trina U.S.'s and co-Defendant Trina Solar Co., Ltd. f/k/a

Changzhou Trina Solar Energy Co., Ltd.'s ("Trina Ltd.") structures and business operations, the policies and procedures governing their day-to-day operations, and the relationship between Trina U.S. and Trina Ltd.

4. I make this declaration in support of Trina U.S.'s and Trina Ltd.'s Notice of Removal, which is filed contemporaneously herewith. This declaration is based on my own personal knowledge.

5. Trina U.S. is a corporation organized under the laws of the State of Delaware, with its principal place of business located at 7100 Stevenson Blvd., Fremont, CA 94538.

6. Trina Ltd. is a corporate entity organized under the laws of the People's Republic of China. It maintains its principal place of business located at No. 2 Tianhe Road, Trina PV Industrial Park, Xinbei District, Jiangsu, P.R. China. Trina Ltd. is not a citizen of, or domiciled in, New York, New Jersey, or any other of the United States.

7. Trina U.S. and Trina Ltd., consent to the removal of this action to the United States District Court for the District of New Jersey. Trina U.S. and Trina Ltd. do not waive objections to Plaintiffs' improper service of process or any other defenses or affirmative defenses.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: March 15, 2024
Fremont, California

_____
Michael Nelson