# EXHIBIT D

**Class, Ryan D.**

| | |
|---|---|
| **From:** | Nicholas M. Gaunce <ngaunce@eckertseamans.com> |
| **Sent:** | Friday, March 15, 2024 11:32 AM |
| **To:** | Ciarlo, David A. |
| **Cc:** | Class, Ryan D. |
| **Subject:** | RE: SunRay / Trina |

**This Message Is From an External Sender**
If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

David,

Plaintiffs do not have any members that are citizens of Delaware or California.

Thank you,

Nick



**Nicholas M. Gaunce**
Member

Eckert Seamans Cherin & Mellott, LLC
Princeton Pike Corporate Center, Suite 203, 2000 Lenox Dr.  |  Lawrenceville, NJ 08648
📞 609-989-5058  |  📠 609-392-7956  |  📱 609-346-3301
✉ ngaunce@eckertseamans.com

BIO: 👤  VCARD: 📇  |  🌐  in  𝕏

This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message.

**From:** Ciarlo, David A. <dciarlo@jonesday.com>
**Sent:** Tuesday, March 12, 2024 5:02 PM
**To:** Nicholas M. Gaunce <ngaunce@eckertseamans.com>
**Cc:** Class, Ryan D. <rclass@jonesday.com>
**Subject:** [External] RE: SunRay / Trina

Counsel,

As follow up to the below correspondence, can you please confirm that the Plaintiffs' members are not citizens of Delaware or California? Thanks.

David

David A. Ciarlo
Partner
**JONES DAY® - One Firm Worldwide**℠
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Office +213.243.2769
dciarlo@jonesday.com

**From:** Ciarlo, David A.
**Sent:** Friday, February 23, 2024 11:39 AM
**To:** Nicholas M. Gaunce <ngaunce@eckertseamans.com>
**Cc:** Class, Ryan D. <rclass@jonesday.com>
**Subject:** RE: SunRay / Trina

Nick,

Thanks for the call today. Per our conversation, please confirm that the citizenship of each of the plaintiffs' members is New York (and not Delaware or California). We understand that Gemma Segal and Alana Martell are the sole members of these entities, or the sole member of the LLCs which are members of these entities (i.e. SunRay Power, LLC), and that Ms. Segal and Ms. Martell are citizens of New York.

Best,
David

David A. Ciarlo
Partner
**JONES DAY® - One Firm Worldwide**℠
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Office +213.243.2769
dciarlo@jonesday.com

**From:** Nicholas M. Gaunce <ngaunce@eckertseamans.com>
**Sent:** Thursday, February 22, 2024 9:20 AM
**To:** Ciarlo, David A. <dciarlo@jonesday.com>
**Subject:** RE: SunRay / Trina

David,

I am available from noon EST until 3:30 p.m. EST tomorrow.  Does that work?

Nick



**Nicholas M. Gaunce**
Member

Eckert Seamans Cherin & Mellott, LLC
Princeton Pike Corporate Center, Suite 203, 2000 Lenox Dr.  |  Lawrenceville, NJ 08648
📞 609-989-5058   |   📠 609-392-7956   |   📱 609-346-3301
✉ ngaunce@eckertseamans.com

BIO: 👤  VCARD: 📇  |  🌐  in  🐦

---

This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message.

**From:** Ciarlo, David A. <dciarlo@jonesday.com>
**Sent:** Thursday, February 22, 2024 12:01 PM
**To:** Nicholas M. Gaunce <ngaunce@eckertseamans.com>
**Subject:** [EXTERNAL] RE: SunRay / Trina

Counsel,

Following up on my prior email, do you have time to speak today or tomorrow? Thanks.

David A. Ciarlo
Partner
**JONES DAY® - One Firm Worldwide℠**
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Office +213.243.2769
dciarlo@jonesday.com

**From:** Ciarlo, David A.
**Sent:** Tuesday, February 20, 2024 5:54 PM
**To:** Nicholas M. Gaunce <ngaunce@eckertseamans.com>
**Subject:** SunRay / Trina

Counsel,

Please let me know if you have time for a call tomorrow. I have good availability.

Thanks,
David

David A. Ciarlo

3

Partner
**JONES DAY® - One Firm Worldwide**℠
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Office +213.243.2769
dciarlo@jonesday.com

\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*

\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*