IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(TRENTON VICINAGE)

| | |
|---|---|
| LONGMEADOW ONE SOLAR LLC, LONGMEADOW TWO SOLAR LLC, BWAY PLYMOUTH SOLAR LLC, BWAY DY HS SOLAR LLC, and SELF STORAGE SOLAR 22 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TRINA SOLAR CO., LTD. f/k/a CHANGZHOU TRINA SOLAR ENERGY CO., LTD. and TRINA SOLAR (U.S.), INC., <br><br> Defendants. | Civil Action No: <br> 3:24-cv-03223-GC-JBD |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trina Solar Co., Ltd. f/k/a Changzhou Trina Solar Energy Co., Ltd. ("Trina Ltd.") hereby identifies its parent corporations and any publicly held corporations owning 10% or more of their stock as follows:

1. Trina Ltd. is publicly traded on the Shanghai Stock Exchange. Trina Ltd. has no parent corporation and no publicly held corporation owns 10% or more of its equity interests.

Dated: March 18, 2024

Respectfully submitted,

TRINA SOLAR (U.S.), INC. and TRINA SOLAR CO., LTD. f/k/a CHANGZHOU TRINA SOLAR ENERGY CO., LTD.

MAZZOLA LINDSTROM LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
Hanoch Sheps
hanoch@mazzolalindstrom.com
646.216.8126

-and-

JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Richard J. Grabowski (*pro hac vice* pending)
949.553.7514
rgrabowski@jonesday.com

555 South Flower Street, 50th Floor
Los Angeles, California 90071-2300
David A. Ciarlo (*pro hac vice* pending)
213.243.2769
dciarlo@jonesday.com

100 High Street, 21st Floor
Boston, Massachusetts 02110-1781
Ryan D. Class (*pro hac vice* pending)
617.449.6804
rclass@jonesday.com

## **CERTIFICATE OF SERVICE**

I, Hanoch Sheps, certify that on March 18, 2024, I caused the foregoing to be filed with the Clerk of the Court and served on all counsel of record.

Hanoch Sheps

*Attorney for Defendants
Trina Solar (U.S.), Inc. and
Trina Solar Co., Ltd. f/k/a
Changzhou Trina Solar Energy
Co., Ltd.*