UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LONGMEADOW ONE SOLAR LLC,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **TRINA SOLAR CO., LTD. f/k/a CHANGZHOU TRINA SOLAR ENERGY CO., LTD. and TRINA SOLAR (U.S.), INC.,** <br><br> **Defendants.** | Civil Action No: 24-3223 (GC) (JBD) <br><br> ORDER ADMITTING RICHARD J. GRABOWSKI, ESQ., DAVID A. CIARLO, ESQ., RYAN D. CLASS, ESQ., <u>PRO HAC VICE</u> |

This matter having come before the Court on the application of Mazzola Lindstrom LLP, attorneys for Defendants Trina Solar (U.S.), INC. and Trina Solar Co., Ltd. f/k/a Changzhou Trina Solar Energy Co., Ltd ("Defendants") for the *pro hac vice* admission of Richard J. Grabowski, David A. Ciarlo, and Ryan D. Class pursuant to Local Civil Rule 101.1; and the Court having considered the Certifications in support of the application, which reflects that Richard J. Grabowski, David A. Ciarlo, and Ryan D. Class satisfy the requirements set forth in Local Civil Rule 101.1(c)(1); and there being no opposition to this application; and for good cause shown pursuant to L. CIV. R. 101.1(c),:

IT IS on this 21st day of March, 2024 ORDERED that:

1. **Richard J. Grabowski**, Esq., a member in good standing of the United States District Court for the Northern, Southern, Eastern and Central Districts of California, and the State Bar of California, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to L. CIV. R. 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Hanoch Sheps, Esquire, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order;

2. **David A. Ciarlo**, Esq., a member in good standing of the United States District Courts for the Central and Southern Districts of California and the State Bar of California, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to L. CIV. R. 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Hanoch Sheps, Esquire, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order;

3. **Ryan D. Class**, Esq., a member in good standing of the United States District Court for the District of Connecticut, the bar of the Commonwealth of Massachusetts, and the State Bars of New York and Connecticut, be permitted to appear *pro hac vice* in the above-captioned matter

in the United States District Court for the District of New Jersey pursuant to L. CIV. R. 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Hanoch Sheps, Esquire, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted pro hac vice pursuant to this Order;

4. Richard J. Grabowski, David A. Ciarlo, and Ryan D. Class are hereby granted admission *pro hac vice* to speak for and participate on behalf of the Defendants in this matter in the same manner as attorneys authorized to practice law in this State;

5. Richard J. Grabowski, David A. Ciarlo, and Ryan D. Class shall notify the court immediately of any matter affecting their standing at the bar of any court;

6. Richard J. Grabowski, David A. Ciarlo, and Ryan D. Class shall, for the duration of the time that they serve as counsel pro hac vice in this matter, make annual payments to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey State Court Rule 1:28-2(a);

7. Richard J. Grabowski, David A. Ciarlo, and Ryan D. Class shall comply with the provisions of Local Civil Rule 101.1 (c)(3) and shall each submit payment of $250.00 on admission to the Clerk of the Court for the District of New Jersey;

8. Pursuant to L. CIV. R. 101.1(c)(4), Richard J. Grabowski, David A. Ciarlo, and Ryan D. Class shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Contingency Fee Rule 1:21-7, as amended;

9. Richard J. Grabowski, David A. Ciarlo, and Ryan D. Class, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. CIV. R. 103.1, Judicial Ethics and Professional Responsibility, and L. CIV. R. 104.1, Discipline of Attorneys;

10. Richard J. Grabowski, David A. Ciarlo, and Ryan D. Class shall have all pleadings, briefs, and other papers submitted to the Court in this matter filed by Hanoch Sheps or another attorney of Mazzola Lindstrom LLP who is admitted to practice before this Court pursuant to Local Civil Rule 101.1(c)(4).

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE