# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### (TRENTON VICINAGE)

| | |
|---|---|
| **LONGMEADOW ONE SOLAR LLC,** et al. | Civil Action No: 3:24-cv-03223-GC-JBD |
| **Plaintiffs,** | |
| v. | **[PROPOSED] ORDER** |
| **TRINA SOLAR CO., LTD. et al.,** | |
| **Defendants.** | |

THIS MATTER having been brought before the Court upon a Notice of Motion by and through Mazzola Lindstrom, LLP, attorneys for Defendant Trina Solar (U.S.), Inc., for an order dismissing Plaintiffs Longmeadow One Solar LLC, Longmeadow Two Solar LLC, Bway Plymouth Solar LLC, Bway DY HS Solar LLC, Self Storage Solar 22 LLC, Self Storage Solar 24 LLC,; SR Solar 1 LLC, SR Solar 2 LLC, and SR Solar 3 LLC's Second Amended Complaint against Defendant Trina Solar (U.S.), Inc., pursuant to F.R.C.P. 12(b)(6); and the Court having considered the papers filed herein and any submissions in support thereof and opposition thereto, and, for good cause shown and in the interest of justice;

**IT IS**, on this _____ day of _____, 2025 hereby

**ORDERED** that Defendant Trina Solar (U.S.), Inc.'s motion to dismiss the Second Amended Complaint be and hereby is GRANTED, and it is further

**ORDERED** that Plaintiffs' Second Amended Complaint against Defendant Trina Solar (U.S.), Inc. be and hereby dismissed.

                                                                                              _____

                                                                                              U.S.D.J.

[ ] Opposed   [ ] Unopposed