# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# (TRENTON VICINAGE)

| | |
|---|---|
| **LONGMEADOW ONE SOLAR LLC, et al.** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **TRINA SOLAR CO., LTD. et al.,** ) <br> ) <br> **Defendants.** ) <br> ) <br> ) <br> ) | **Civil Action No: 3:24-cv-03223-GC-JBD** <br><br> **DECLARATION OF MIKE NELSON IN SUPPORT OF DEFENDANT TRINA SOLAR CO. LTD.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

I, Michael Nelson, being duly sworn, state the following:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Head of Legal (Americas) for Defendant Trina Solar (U.S.), Inc. ("TUS").

3. I have been employed by Trina U.S. since November 2013 and have been Head of Legal (Americas) since July 2014. Based on my employment, I have an understanding of Trina U.S.'s and co-Defendant Trina Solar Co., Ltd. f/k/a Changzhou Trina Solar Energy Co., Ltd.'s ("TSL") structures and business operations, the policies and procedures governing their day-to-day operations, and the relationship between TUS and TSL.

4. I make this declaration in support of TSL's Motion to Quash Service of the Summons and, Alternatively, to Dismiss the Second Amended Complaint, which is filed contemporaneously herewith. This declaration is based on my own personal knowledge.

5. TSL operates as a corporate entity established under the laws of China, and it maintains its place of business in China.

6. TSL lacks any presence in the United States: it does not distribute or market solar modules in the United States, and it has no place of business in the United States.

7. TSL does not own or lease any real property in United States, and it does not have any offices, facilities, or bank accounts in the United States.

8. TSL does not have any employees based in the United States.

9. TSL is not registered to do business in any State within the United States, and it does not maintain any agents for service of process in the United States.

10. TUS is a Delaware corporation with its principal place of business in California. TUS is a wholly owned subsidiary of Trina Solar Sales Holding, LLC, which is wholly owned by Trina Solar (Schwiez) AG.

11. TUS enters into contracts, markets, and distributes solar modules in the United States.

12. TSL and TUS are affiliated, but separate entities.

13. TSL and TUS are each adequately capitalized and independently observe corporate formalities.

14. TUS and TSL maintain separate bank accounts and independent corporate and financial records. TUS and TSL do not commingle finances or assets.

15. TUS and its affiliate, Trina Solar Sales Holding, LLC, file a consolidated tax return and they pay any necessary taxes in their own names. TUS and Trina Solar Sales Holding, Inc. do not include TSL on their consolidated tax returns, because TSL does not operate in the United States.

16. TSL does not control TUS's day-to-day business operations; nor does TUS control TSL's daily business operations.

17. TUS is not TSL's managing agent or authorized to accept service of process on behalf of TSL.

18. CT Corporation Systems is TUS's registered agent for service of process in California and New Jersey.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: February 14, 2025

Fremont, California

_____
Michael Nelson