# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# (TRENTON VICINAGE)

| | |
|---|---|
| **LONGMEADOW ONE SOLAR LLC, et al.** | Civil Action No: 3:24-cv-03223-GC-JBD |
| **Plaintiffs,** | |
| v. | **CERTIFICATION OF SERVICE** |
| **TRINA SOLAR CO., LTD. et al.,** | |
| **Defendants.** | |

I, Ruofei Xiang, an attorney duly admitted to practice before this Court, certify that on February 17, 2025, I caused to be served and filed via PACER Defendant Trina Solar Co. Ltd.'s Motion to Dismiss under Rule 12(b)(5)-(6) and supporting papers including Notice of Motion, Memorandum of Law, Declaration of Michael Nelson, Declaration of Ruofei Xiang, Request for Judicial Notice, and Proposed Order upon the Clerk of the Court and all counsel of record.

                                                                   _s/Ruofei Xiang_____
                                                                   Ruofei Xiang

                                                                   *Attorney for Defendants*
                                                                   *Trina Solar (U.S.), Inc. and Trina*
                                                                   *Solar Co., Ltd. f/k/a Changzhou Trina*
                                                                   *Solar Energy Co., Ltd.*