# EXHIBIT A

Case 3:24-cv-03223-GC-JBD     Document 40-2     Filed 03/24/25     Page 1 of 3 PageID: 809

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LONGMEADOW ONE SOLAR LLC; LONGMEADOW TWO SOLAR LLC; BWAY PLYMOUTH SOLAR LLC; BWAY DY HS SOLAR LLC; SELF STORAGE SOLAR 22 LLC; SELF STORAGE SOLAR 24 LLC; SR SOLAR 1 LLC; SR SOLAR 2 LLC; SR SOLAR 3 LLC;<br><br>Plaintiffs,<br><br>v.<br><br>TRINA SOLAR CO., LTD. F/K/A CHANGZHOU TRINA SOLAR ENERGY CO., LTD; TRINA SOLAR (U.S.), INC.,<br><br>Defendants. | CIVIL ACTION NO.: 3:24-cv-03223<br><br><br>**ACCEPTANCE OF SERVICE OF PROCESS ON BEHALF OF DEFENDANT, TRINA SOLAR CO., LTD. F/K/A CHANGZOU TRINA SOLAR ENERGY CO., LTD. SOLELY FOR THIS ACTION** |

Solely for purposes of judicial economy and the avoidance of additional expense related only to the above action, and without waiver of any right to assert a defense of insufficient process, insufficient service of process, or any other defense based upon service of process in any other action other than the above matter (including, specifically, any such defense rooted in any plaintiff's theory that Trina Solar (U.S.), Inc. ("TUS") or any authorized agents of TUS operate as authorized agents for service on Trina Solar Co., Ltd. f/k/a Changzhou Trina Solar Energy Co., Ltd. ("TSL") in the United States, which theory TSL expressly rejects), service of the Summons and the Second Amended Complaint [**ECF No. 31**] in this case only is hereby accepted by David A. Ciarlo, Esq., Jones Day, attorneys for Defendant TSL, on this 24th day of March, 2025. For avoidance of doubt, counsel is not authorized to accept service in any other future or pending matters on behalf of TSL by virtue of accepting service solely for this matter.

**JONES DAY**

By: _____
David A. Ciarlo, Esq. (*pro hac vice*)
555 South Flower Street, 50th Floor
Los Angeles, California 90071-2300
213.243.2769
dciarlo@jonesday.com

Dated: March 24, 2025