IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(TRENTON VICINAGE)

| | |
|---|---|
| **LONGMEADOW ONE SOLAR LLC,** et al.<br><br>    **Plaintiffs,**<br><br>v.<br><br>**TRINA SOLAR CO., LTD. et al.,**<br><br>    **Defendants.** | Civil Action No: 3:24-cv-03223-GC-JBD<br><br>**CERTIFICATION OF SERVICE** |

    I, Hanoch Sheps, an attorney duly admitted to practice before this Court, certify that on March 24, 2025, I caused to be served and filed via PACER Defendant Trina Solar Co. Ltd.'s Reply Memorandum of Law in Support of Defendant Trina Solar Co., Ltd's Motion to Dismiss and supporting Declaration of Hanoch Sheps, upon the Clerk of the Court and all counsel of record.

                                                          _____
                                                           Hanoch Sheps

                                                          *Attorney for Defendants*
                                                          *Trina Solar (U.S.), Inc. and Trina*
                                                          *Solar Co., Ltd. f/k/a Changzhou Trina*
                                                          *Solar Energy Co., Ltd.*